UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LLOYD SHAFFER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JUDGE SUSAN ILLSTON;<br>WARDEN RAY DAVIS,<br><br>　　　　Respondents. | No. C 13-2096 SI (pr)<br><br>**ORDER OF RECUSAL AND FOR REASSIGNMENT** |

Petitioner, an inmate at Valley State Prison in Chowchilla, has filed this *pro se* action seeking a writ of habeas corpus. Having been named as a respondent in this action, the undersigned hereby RECUSES herself from this matter under 28 U.S.C. § 455(b)(5)(i). The clerk shall cause this action to be randomly reassigned to another district judge.

IT IS SO ORDERED.

DATED: May 10, 2013

　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge