UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LLOYD SHAFFER, | No. C 13-2096 SI (pr) |
| Petitioner, | **ORDER OF RECUSAL AND FOR REASSIGNMENT** |
| v. | |
| JUDGE SUSAN ILLSTON; WARDEN RAY DAVIS, | |
| Respondents. | |

Petitioner, an inmate at Valley State Prison in Chowchilla, has filed this *pro se* action seeking a writ of habeas corpus. Having been named as a respondent in this action, the undersigned hereby RECUSES herself from this matter under 28 U.S.C. § 455(b)(5)(i). The clerk shall cause this action to be randomly reassigned to another district judge.

IT IS SO ORDERED.

DATED: May 10, 2013

SUSAN ILLSTON
United States District Judge